**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **KIMBERLY CRIDER,**  )  <br>     Plaintiff,           )  <br>                              )  <br> **v.**                      )  <br>                              )  <br> **UNIVERSITY OF TENNESSEE, KNOXVILLE,**  )  <br>     Defendant.        )  | No.  3:09-CV-214  <br> (Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant University of Tennessee, Knoxville.  The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Kimberly Crider take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant University of Tennessee, Knoxville, recover of the plaintiff Kimberly Crider its costs of action.

The final pretrial conference scheduled for April 5, 2011 and the trial scheduled for April 12, 2011 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of March, 2011.

              s/ Patricia L. McNutt              
              Clerk of Court